3:24-mj-00123

DISTRICT OF OREGON: ss,                         AFFIDAVIT OF GUY GINO

**Affidavit in Support of a Criminal Complaint**

I, Guy Gino, being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1.       I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been so employed since 2003.  I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) and I am authorized by law to conduct investigations and to make arrests for felony offenses.  I am currently assigned to the Assistant Special Agent in Charge, Portland, Oregon.  Prior to this, I was employed as a U.S. Border Patrol Agent and have been a federal law enforcement officer since September 1996.  I am authorized and assigned to investigate violations of federal laws, including 21 U.S.C. §§ 841(a)(1), 846,  848, and 843(b) of the Drug Abuse Prevention and Control Act of 1970; that is, possession with intent to distribute and the distribution of controlled substances, conspiracy to commit such offenses, the operation of a continuing criminal enterprise, and the use of a communication facility to facilitate a felony violation of the Drug Abuse Prevention and Control Act of 1970. During my tenure as a federal law enforcement officer, I have investigated and/or participated in investigations of conspiracy, money laundering, narcotics trafficking, fraud, smuggling and theft. I have also acquired knowledge and information about the illegal drug trade and the various means and methods by which it is furthered including through the use of computers, smart phones, digital media and the Internet from formal and informal training, other law enforcement officers and investigators, informants, individuals I have arrested and/or interviewed, and from my participation in other investigations. I am currently detailed to the High Intensity Drug

**Affidavit of Special Agent Guy Gino**                                          **Page 1**

Trafficking Area (HIDTA) Interdiction Taskforce (HIT) located at the Portland Police Bureau's (PPB) Narcotics and Organized Crime Division (NOC).

2.        This affidavit is based upon a joint investigation, conducted by the HIDTA Interdiction Task Force (HIT), Portland Police Bureau (PPB), and Homeland Security Investigations (HSI).

### Purpose of Affidavit

3.        This affidavit is submitted to support a criminal complaint and arrest warrant for Mark T. EAGER , a Caucasian male, date of birth 08/xx/1991 (hereinafter referenced as "**EAGER**"), for committing the crime of Distribution a Controlled Substance (fentanyl), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

4.        I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below; from oral and written reports of other law enforcement officers; and, from records, documents and other evidence obtained during this investigation.  I have obtained and read official reports prepared by law enforcement officers participating in this investigation and in other related investigations.

### Summary of Investigation

5.        HSI and PPB initiated this investigation in January 2024, after observing a post on the dark net forum "Dread" where a vendor using the moniker "**Wrseh10**" advertised free samples of "China White Synthetic Heroin."  That posting had a reply where someone claimed the free sample obtained from **Wrseh10** caused their friend's fatal overdose.  The vendor **Wrseh10** wrote a formal public apology in response to the overdose post.  Through the investigation, which included several controlled buys of "China White Synthetic Heroin," which was in fact fentanyl, from **Wrseh10**, as well as cryptocurrency tracing, we were able to identify that two people were

**Affidavit of Special Agent Guy Gino**                                      **Page 2**

operating together as **Wrseh10** and one of those individuals was **EAGER**, a resident of Kearny, New Jersey.  On May 29, 2024, based on probable cause that **EAGER** was selling fentanyl as the vendor **Wrseh10** on both Dark Net Markets and Telegram we applied for and a U.S. Magistrate Judge in New Jersey granted two search warrants for residences associated to **EAGER**.  Those warrants were executed on June 11, 2024, and lead to the seizure of approximately 361 grams of fentanyl, a Schedule II controlled substance.  **EAGER** was also  interviewed and, after being advised of his constitutional *Miranda* rights, admitted that he was selling fentanyl as **Wrseh10.**

**Summary of Probable Cause**

6.      Homeland Security Investigations ("HSI") and the Portland Police Bureau initiated this investigation in January 2024, on the individuals operating as the moniker **Wrseh10** after observing a post on the dark net forum "Dread" where **Wrseh10** advertised free samples of "China White Synthetic Heroin."  That posting had a reply where an individual claimed the free sample from **Wrseh10** caused their friend's fatal overdose which was followed by a formal public apology by the individuals operating as **Wrseh10**.

7.      The investigation identified that **Wrseh10** was operating on several Dark Net Markets as well as the Telegram messenger platform where they are advertising the sale of "China White Synthetic Heroin" for purchase with cryptocurrency.  Through a series of undercover purchases Investigators determined that the "China White Synthetic Heroin" that **Wrseh10** was selling was actually powdered fentanyl.

8.      As part of this investigation, Investigators conducted three controlled purchases from the vendor **Wrseh10**, as outlined below.  All three purchases ended up in or passed through the U.S. Postal Distribution Center in Portland, Oregon.

**Controlled Purchase 1**

9.      On January 23, 2024, HSI online undercover Agent (UCA3844) conducted a purchase of two items, hereafter referenced as Controlled Purchase 1, from the **Wrseh10** Telegram shop.  The order consisted of one wax fold (.02 grams) of "China White Synthetic Heroin" stamped "Bosco" and (10) Bags/Folds/Bundle (.20 grams) of "China White Synthetic Heroin" stamped with the "GMA" stamp.  The purchase was made using the cryptocurrency Bitcoin (BTC).

10.      On February 1, 2024, and February 20, 2024, Investigators in Portland, Oregon received parcels sent by **Wrseh10** that contained a white powder contained inside stamped wax folds and represented to be the items ordered in Controlled Purchase 1.  Upon receipt, Investigators conducted presumptive field-tests on the white powder which revealed that the powder was Fentanyl, a Schedule II Controlled Substance.

**Controlled Purchase 2**

11.      On January 25, 2024, HSI online undercover Agent (UCA3844) conducted a purchase of 3.5 grams of "China White Synthetic Heroin" Stamped "GMA" from **Wrseh10**'s Vendor shop on SuperMarket Dark Net Market.  The purchase was made using the cryptocurrency Monero (XMR).

12.      On February 8, 2024, Investigators in Portland, Oregon received a parcel representing the Controlled Purchase 2 made from **Wrseh10**.  The contents contained a white powdery substance secreted in four wax folds stamped 'GMA.  Investigators conducted presumptive field-tests on the white powder which revealed it was Fentanyl, a Schedule II Controlled Substance

**Affidavit of Special Agent Guy Gino**                                                 **Page 4**

**Controlled Purchase 3**

13. On April 18, 2024, HSI online undercover Agent (UCA3844) conducted a purchase of 5 grams of "China White Synthetic Heroin" Stamped "SRT" from **Wrseh10**'s Telegram shop. This purchase was made using Bitcoin.

14. On April 26, 2024, Investigators received a parcel representing Controlled Purchase 3 made from **Wrseh10**. The contents contained a white powdery substance secreted in five wax folds stamped "SRT." The Investigators conducted presumptive field-tests on the white powder which revealed it as being Fentanyl, a Schedule II Controlled Substance.

15. All three controlled purchase parcels went to the U.S. Postal Service mail facility located in Portland Oregon and were subsequently recovered by Lead U.S. Postal Inspector Adam Sale and HSI Special Agent Clay Othic.

**Execution of Search Warrants**

16. As noted above, after tracing the cryptocurrency payments, and other investigative means, we identified **EAGER**, a resident of Kearny, New Jersey, as operating as the **Wrseh10** fentanyl vendor. On May 29, 2024, we applied for and a U.S. Magistrate Judge in New Jersey granted, two federal search warrants for residences associated to **EAGER** located within the District of New Jersey.

17. On June 11, 2024, HSI Agents and Task Force Officers executed a federal search warrant on the residence located at 170 Laurel Avenue, Kearny, New Jersey. This was a residence associated to **EAGER**. During the execution of the warrant Investigators located **EAGER** inside a bedroom within the residence. Inside the same bedroom **EAGER** was found in, Investigators also found and seized approximately 361 grams of powdered Fentanyl, 16 counterfeit M30 Pills, drug ledgers, cellular phones, two computers, and packaging consistent with what was delivered in the

controlled purchases described above.  Pictures of the seized fentanyl and packaging material are

below:





**Affidavit of Special Agent Guy Gino**                                    **Page 6**



18.    **EAGER** was arrested and advised of his constitutional *Miranda* rights. After acknowledging that he understood his rights, **EAGER** was interviewed by Investigators. **EAGER** admitted that he was the vendor **Wrseh10** who operated on both the "SuperMarket" Dark Net Site and the Telegram shop. **EAGER** also admitted that as a result of his online sales of fentanyl he had earned approximately $42,000 in cryptocurrency, which I was able to locate and subsequently seize.

19.    At HSI Newark Office, Investigators processed the drug evidence by weighing and conducting presumptive tests of the substances, which came back positive for fentanyl. The following is an accounting of the narcotics that were able to be identified and tested positive using the Smith Ion Testing Scanner by HSI Special Agent Tansey:

- Approximately 361 grams of fentanyl powder; and,

- 16 counterfeit M30 stamped pills, weighing approximately 1.6 grams, containing fentanyl.

20.    At HSI Newark, Investigators reviewed **EAGER**'s criminal history and identified that he had an active warrant for Robbery issued by the Hudson County Sheriff's Department

**Affidavit of Special Agent Guy Gino**                                                      **Page 7**

issued on January 17, 2023.  When questioned about this, **EAGER** admitted that he was aware of the active warrant and had been hiding at 170 Laurel Avenue, Kearny, New Jersey since it was issued in an attempt to elude law enforcement.

### Conclusion

21.     Based on the foregoing, I have probable cause to believe, and I do believe, that **Mark T. EAGER**, has committed the crime of Distribution a Controlled Substance (fentanyl), in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).  I therefore request that the Court issue a criminal complaint and arrest warrant for **Mark EAGER**.

22.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney Scott Kerin.  AUSA Kerin advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*
Guy Gino, Special Agent
Homeland Security Investigations

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:15 p.m.__ on June ____11____, 2024.

_____
HONORABLE STACIE F. BECKERMAN
UNITED STATES MAGISTRATE JUDGE

**Affidavit of Special Agent Guy Gino**                                    **Page 8**